RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Guadalupe Rojas-Guzman.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3-11-cr-00088-RCJ-VPC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE MOTION DEADLINES** |
| v. | (Second Request) (ECF No. 72) |
| GUADALUPE ROJAS-GUZMAN., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Guadalupe Rojas-Guzman, that the deadline to file the supplement to motion for compassionate release be extended from April 9, 2021 to April 23, 2021; and that the government's response deadline extended from April 23, 2021 to May 7, 2021.

This is the second stipulation to continue the. Counsel needs additional time to obtain information related to the motion and to arrange a legal call with Mr. Guzman-Rojas, who is located at Big Spring (Flightline) Correctional Institution in Big Spring, Texas. Counsel

requests to continue the deadlines to exercise due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 2nd day of April 2021.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |

| */s/ Nisha Brooks-Whittington* | */s/ Elizabeth O. White* |
| By_____ | By_____ |
| NISHA BROOKS-WHITTINGTON | ELIZABETH O. WHITE |
| Assistant Federal Public Defender | Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2021.